**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00398-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT THOMPSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

On **January 7, 2011**, commencing at 10:00 a.m., the court shall conduct a status conference in this matter.

Dated:  November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.